IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHARKNINJA OPERATING LLC and SHARKNINJA SALES COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>RJ BRANDS, LLC *d/b/a* CHEFMAN,<br><br>Defendant. | Civil Action No. 1:25-CV-05650-CPO-MJS |

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant, RJ Brands, LLC *d/b/a* Chefman, a non-governmental corporate party, certifies that:

1. RJ Brands, LLC has no parent corporation; and

2. No publicly held corporation owns 10% or more of RJ Brands, LLC's stock.

Dated: June 6, 2025

COZEN O'CONNOR P.C.

*/s/ Jason Cabrera*
Jason Cabrera (077342013)
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: (215) 665-7267
Fax: (215) 253-6797
jcabrera@cozen.com

Barry Golob (*Pro Hac Vice*)
COZEN O'CONNOR
1200 19th Street NW
Washington, DC 20036
Telephone: 202-912-4815
Fax: 202-618-4843

bgolob@cozen.com

Bradley Liddle (*Pro Hac Vice*)
COZEN O'CONNOR
1717 Main Street
Suite 3100
Dallas, TX 75201
Telephone: 214-462-3139
bliddle@cozen.com

James A. Gale (pro hac vice)
David M. Stahl (pro hac vice forthcoming)
COZEN O'CONNOR
Southeast Financial Center
200 South Biscayne Blvd.
Suite 3000
Miami, FL 33131
Phone: 305-704-5940
jgale@cozen.com
dstahl@cozen.com

*Attorneys for Defendant RJ Brands, LLC d/b/a CHEFMAN*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing **CORPORATE DISCLOSURE STATEMENT** has been filed electronically and is available for viewing and downloading from the ECF System and is being served upon all counsel of record *via* ECF transmission in accordance with the Electronic Filing System of the Court, on June 6, 2025.

/s/ *Jason Cabrera*
Jason Cabrera